IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **TERRY MICHAEL BUZBEE II**, <br><br> Plaintiff, <br><br> v. <br><br> **CAROLYN W. COLVIN**, <br> Commissioner of the Social Security Administration, <br><br> Defendant. | Civ. No. 3:15-cv-00597-MC <br><br> ORDER ON SUPPLEMENTAL EAJA FEES |

**MCSHANE, Judge**:

Based on the stipulation of the parties, and pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, $2,049.62 is hereby awarded to Plaintiff as Supplemental EAJA fees, in addition to the previously ordered EAJA fees in the amount of $9,769.86, and the check for Supplemental EAJA fees shall be made payable to Nancy J. Meserow, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney, after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).

Any check issued shall be mailed to Plaintiff's counsel, Nancy J. Meserow, at her office:

Law Office of Nancy J. Meserow
7540 S.W. 51st Ave.
Portland, OR 97219

IT IS SO ORDERED.

DATED this 23rd day of May, 2016.

                                                                              **Michael J. McShane**
                                                                          **United States District Judge**